|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 20, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INDIA BEATRICE LOVE,<br><br>　　　　　Defendant. | Case No.  2:24-mj-00137-SCR<br>& 2:25-mj-0025-SCR<br><br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  INDIA BEATRICE LOVE,

Case No.  2:24-mj-00137-SCR & 2:25-mj-0025-SCR

Charge 40 U.S.C. § 121, from custody for the following reasons:

　　　＿＿＿ Release on Personal Recognizance

　　　＿＿＿ Bail Posted in the Sum of $ ＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　＿＿＿ Unsecured Appearance Bond $ ＿＿＿＿＿＿＿＿＿＿

　　　　　＿＿＿ Appearance Bond with 10% Deposit

　　　　　＿＿＿ Appearance Bond with Surety

　　　　　＿＿＿ Corporate Surety Bail Bond

　　　　　 x    (Other):   Released forthwith under time served sentence

Issued at Sacramento, California on May 20, 2025, at 2:25 PM.

By:  _/s/ Sean C. Riordan_

　　　　Magistrate Judge Sean C. Riordan